**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SEUD BLADEMIR TURCIOS-
ARRAZOLA, a/k/a Jose Francisco
Turcios-Arrazola, a/k/a Jose Francisco
Torcio,

    Defendant - Appellant.

No. 21-1004
(D.C. No. 1:18-CR-00097-JLK-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **TYMKOVICH**, Chief Judge, **KELLY** and **McHUGH**, Circuit Judges.

_____

    Seud Blademir Turcios-Arrazola pled guilty to illegal reentry of a previously

deported alien following an aggravated felony conviction. He was sentenced to

33 months in prison, which was within his advisory sentencing guidelines range.

After Mr. Turcios-Arrazola filed this appeal, the government moved to enforce the

appeal waiver in his plea agreement. In response, Mr. Turcios-Arrazola conceded the

---

    [*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

enforceability of his appeal waiver.  Accordingly, we grant the government's motion to enforce and dismiss this appeal.

Entered for the Court
Per Curiam